UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BALTAZAR A. RAFALES,

               Plaintiff,

v.

HOLLAND AMERICA LINE INC.,

               Defendant.

CASE NO. 3:26-cv-05123-DGE

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (DKT. NO. 10)

This matter is before the Court on Plaintiff's motion for extension of time to file his amended complaint.  (Dkt. No. 10.)  Plaintiff's motion is GRANTED.

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed his complaint on March 10.  (Dkt. No. 6.)  He asserted six causes of action for (1) denial of benefits under ERISA; (2) breach of fiduciary duties; (3) equitable relief; (4) failure to provide required plan documents; (5) maritime wage violations; and (6) enforcement of court-approved settlement.  (*Id.* at 2–3.)  The Court dismissed Plaintiff's entire complaint on March 13, but granted Plaintiff leave to amend. (Dkt. No. 9.)

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (DKT. NO. 10) - 1

On April 9, Plaintiff filed a motion for extension of time.  (Dkt. No. 10.)  Plaintiff seeks a 60-day extension "due to the extraordinary volume and complexity of the evidence that must be reviewed, organized, and incorporated into a unified Amended Complaint."  (*Id.* at 5.)  Further, Plaintiff argues granting an extension "ensures accurate and complete claims reflecting the damages suffered by hundreds of seafarers."  (*Id.* at 6.)  The Court reminds Plaintiff that a *pro se* litigant cannot prosecute a matter on behalf of a class.  (*See* Dkt. No. 7 at 4 (citing *Welch v. Terhune*, 11 Fed. App'x 747 (9th Cir. 2001) and *C.E. Pope Equity Trust v. U.S.*, 818 F.2d 696, 697 (9th Cir. 1987) (a pro se plaintiff "has no authority to appear as an attorney for others than himself").)  Absent representation by an attorney, the amended complaint may not contain any class action allegations.

Plaintiff further requests the Court appoint counsel "in light of the complexity, scale, and class-wide implications of the claims."  (Dkt. No. 10 at 7.)  Such a request is premature at present because there is no operative complaint.[1]

The Court GRANTS Plaintiff's motion for extension of time.  (Dkt. No. 10.)  Plaintiff is ORDERED to file his amended complaint no later than **June 15, 2026**.  Failure to address the pleading deficiencies noted in the Court's previous order will lead to dismissal without prejudice.

The Clerk is directed to calendar this event.

Dated this 10th day of April, 2026.

David G. Estudillo
United States District Judge

---

[1] Because Plaintiff cannot prosecute a matter on behalf of a class, any future motion to appoint counsel that seeks to represent persons other than Plaintiff will be denied.

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (DKT. NO. 10) - 2

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (DKT. NO. 10) - 3